UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case Number: 18-62621-CIV-MARTINEZ-SNOW

MICHAEL KING,
    Plaintiff,

vs.

DYNAMIC RECOVERY SOLUTIONS,
    Defendant.
_____/

## ORDER ON NOTICE OF SETTLEMENT AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Plaintiff's Notice of Settlement [ECF No. 12], indicating that the parties have reached a settlement in this matter. It is hereby

**ORDERED AND ADJUDGED** as follows:

1. The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before February 22, 2019**.

2. If the parties fail to comply with this order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

3. The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of January, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record